IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-02054-PSF-MJW

GERTRUDE DIAZ,

    Plaintiff,

v.

ROBERT EDWARDS; and
SAFEWAY TRANSPORTATION, INC.,

    Defendants.

## ORDER OF DISMISSAL

This matter is before the Court on the parties' Stipulation for Dismissal With Prejudice (Dkt. # 13).  The Court hereby ORDERS that this action by Plaintiff Gertrude Diaz against Defendants Robert Edwards and Safeway Transportation, Inc., including all of plaintiff's claims, is DISMISSED WITH PREJUDICE.

DATED:  March 26, 2007

BY THE COURT:

*s/ Lewis T. Babcock / for*

_____
Phillip S. Figa
United States District Judge